1  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   John C. Gray (CA Bar No. 267686)
2  E-mail:      jgray@lewisroca.com
   201 East Washington Street, Suite 1200
3  Phoenix, AZ  85004
   Telephone:     602-262-5331
4
   Robert M. Charles, Jr. (AZ Bar No. 7359 – *pro hac*
5  *vice pending*)
   E-mail:      RCharles@lewisroca.com
6  One South Church Avenue, Suite 2000
   Tucson, AZ  85701-1611
7  Tel:    520.629.4427
   Fax:    520.622.3088
8
   Attorneys for Plaintiffs
9  Black Soil Asset Management Limited, and
   Qiang Chang Sun
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  Black Soil Asset Management Limited, a       No. 3:23-cv-04493-AGT
    company incorporated and existing under the
15  laws of the British Virgin Islands; and Qiang   **Declaration of Qiang Chang Sun in**
    Chang Sun, a resident of Hong Kong, PRC,      **Support of Petition to Confirm Arbitral**
16                                                **Award and for Entry of Judgment**
                    Petitioners,
17
          v.
18
    Qian Wang, a United States citizen and
19  California resident,

20                  Respondent.

21

22        I, Qiang Chang Sun, declare and state as follows:

23        1.    I am and have been the sole director and ultimate beneficial owner of Black Soil

24  Management Limited ("Black Soil") since February 2017. I make this declaration in support of

25  the Petitioners in this action Petition to Confirm Arbitral Award and for Entry of Judgment.

26        2.    If called upon, I could and would, testify to the following facts of my own personal

27  knowledge and upon the business records of Black Soil, as to which I am a custodian of records.

28                                              DECLARATION OF QIANG CHANG SUN
                                                IN SUPPORT OF PETITION TO CONFIRM
                                                ARBITRAL AWARD AND FOR ENTRY OF
                                                JUDGMENT

121805225.3

3. At the request of Qian Wang ("Mr. Wang"), Black Soil loaned certain funds to SICCO Investment, Inc. ("SICCO"). Three loans were made by Black Soil to SICCO in August 2018 and December 2018 in the total amount of $48 million.

4. Mr. Wang guaranteed repayment of the Loans.

5. The Loans were drawn down by SICCO on September 3, 2018 ("First Loan"); September 20, 2018 ("Second Loan") and December 12, 2018 ("Third Loan").

6. Each of the Loans was documented by a Loan Agreement. A true and accurate copy of each Loan Agreement is attached and incorporated to this Declaration as **Exhibits A, B and C** respectively.

7. As claimants, Black Soil and I filed a Notice of Arbitration under the 2018 HKIAC Administered Arbitration Rules on March 15, 2021 pursuant to identical language in each of the Loan Agreements.

8. In the relevant parts, the Loan Agreements provide:

> *Clause 12.2: Any dispute, difference or claim arising out of, in connection with or relating to this contract (each a "**Dispute**") shall be first consulted and resolved through amicable discussion among the Parties. If such Dispute fails to be resolved through amicable discussion within thirty (30) days within the service of written request of consultation, it shall be submitted to the Hong Kong International Arbitration Centre ("**HKIAC**") and finally resolved by arbitration in Hong Kong in accordance with the HKIAC Arbitration Rules then in effect. The arbitral tribunal shall consist of three (3) arbitrators, of which each Party will have the right to appoint one arbitrator, and the third arbitrator shall be appointed [sic] jointly by such two arbitrators. The arbitral proceedings shall be conducted in English.*

9. Three Arbitrators conducted a process pursuant to the 2018 HKIAC Administered Arbitration Rules, including consideration of the positions of the parties, witness statements, and evidence, including a substantive hearing on November 14, 15 and 16, 2022.

10. Thereafter, the tribunal entered its Final Award (the "Award") dated June 30, 2023.

- 2 -

DECLARATION OF QIANG CHANG SUN IN SUPPORT OF PETITION TO CONFIRM ARBITRAL AWARD AND FOR ENTRY OF JUDGMENT

121805225.3

11. The Award provides that each of the Respondents is obligated to Petitioners as follows:

    a. For $25,000,000 of the outstanding principal on the 1st Loan;

    b. For interest on the 1st Loan calculated pursuant to the Interest Rate in the 1st Loan Agreement of $325,000 per calendar month from August 1, 2021 through the June 30, 2023 date of the Award, which computes to $7,475,000;

    c. For interest on the foregoing amounts in paragraphs a and b pursuant to the Judgment Rate[1] ($7,706.81 per diem) after the June 30, 2023 date of the Award, i.e. from July 1, 2023, until final payment;

    d. For $8,500,000 of the outstanding principal on the 3d Loan;

    e. For interest on the 3d Loan calculated pursuant to the Interest Rate in the 3d Loan Agreement of $110,500 per calendar month from August 1, 2021 through the June 30, 2023 date of the Award, which computes to $2,541,500;

    f. For interest on the foregoing amounts in paragraphs d and e pursuant to the Judgment Rate ($2,620.31 per diem) after the June 30, 2023 date of the Award, i.e. from July 1, 2023, until final payment;

    g. For Plaintiffs' legal costs and expenses of RMB[2] 2,859,911.72 and HKD[3] 1,815,776.08 as of June 30, 2023; and

---

[1] The Judgment Rate was 8.662% on July 1, 2023 and was 8.583% on the June 30, 2023 date of the Award.

[2] RMB refers to the currency of the People's Republic of China. Yuan is the unit of RMB. Yuan and RMB are interchangeable, similar to U.S. dollar and dollar. This Petition and the accompanying Proposed Order and Proposed Judgment use the offshore exchange rate as of June 30, 2023, the date of the Award, which is 1 USD = 7.2856 RMB. The conversion rate is found at: https://mds1a.trkd-hs.com/bochkfxibs/chart?lang=en&cc=HK.

[3] HKD refers to the currency of Hong Kong, the Hong Kong Dollar. This Petition and the accompanying Proposed Order and Proposed Judgment use the exchange rate as of June 30, 2023, the date of the Award, which is 1 USD = 7.8386 HKD. The conversion rate is found at: https://mds1a.trkd-hs.com/bochkfxibs/chart?lang=en&cc=HK.

      h. The Costs of the Arbitration of HKD 1,213,124.00 as of June 30, 2023.

12. The total of the Award as of June 30, 2023 was $44,305,778.48 and this amount bears interest at the Judgment Rate of 8.662% per annum, or $10,660.46 per diem. A table summarizing these calculations is attached and incorporated to this Declaration as **Exhibit D**.

13. None of the respondents in the Arbitration have made any payments to Black Soil or me and the entire amount of the Award remains unpaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 3rd day of August, 2023.

_____
Qiang Chang Sun