LEWIS ROCA ROTHGERBER CHRISTIE LLP
John C. Gray (CA Bar No. 267686)
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Telephone:       602-262-5331
E-mail:jgray@lewisroca.com

Robert M. Charles, Jr. (*pro hac vice pending*)
One South Church Avenue, Suite 2000
Tucson, AZ  85701-1611
Telephone:       520-629-4427
E-mail:            RCharles@lewisroca.com

*Attorneys for Plaintiffs*
*Black Soil Asset Management Limited and*
*Qiang Chang Sun*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Black Soil Asset Management Limited *et al.*,<br><br>                    Petitioners,<br><br>         v.<br><br>Qian Wang,<br><br>                    Respondent. | Case No. 3:23-cv-04493-AGT<br><br>**[~~PROPOSED~~] ORDER RE EXTENSION OF TIME TO RESPOND TO PETITION AND MOTION-BRIEFING SCHEDULE** |

The Court having considered the parties' Joint Stipulation for Order re Extension of Time to Respond to Petition and Motion-Briefing Schedule, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.  On August 31, 2023, Petitioners Black Soil Asset Management Limited and Qiang Chang Sun filed a Petition to Confirm Foreign Arbitral Award and for Entry of Judgment.

2.  The Petition is governed by the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards (commonly referred to as the "New York Convention" and implemented by the Federal Arbitration Act ("FAA"), 9 U.S.C. § 201 *et seq.*).

[~~PROPOSED~~] ORDER

3. Pursuant to 9 U.S.C. §§ 6 and 208, applications made under the FAA, including the Petition here, are to be "heard in the manner provided by law for the making and hearing of motions . . . ."

4. The Petition will therefore be heard as a civil motion pursuant to the applicable Federal Rules of Civil Procedure and Civil Local Rules of this Court on December 8, 2023, at 10:00 a.m.

5. Respondent Qian Wang's opposition to the Petition will be due on November 3, 2023, and Petitioners' reply in support of the Petition will be due on November 17, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 23, 2023

_____
United States Magistrate Judge