LEWIS ROCA ROTHGERBER CHRISTIE LLP
John C. Gray (CA Bar No. 267686)
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Telephone:       602-262-5331
E-mail:              jgray@lewisroca.com

Robert M. Charles, Jr. (*pro hac vice*)
One South Church Avenue, Suite 2000
Tucson, AZ  85701-1611
Telephone:       520-629-4427
E-mail:              RCharles@lewisroca.com

*Attorneys for Plaintiffs*
*Black Soil Asset Management Limited and*
*Qiang Chang Sun*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Black Soil Asset Management Limited *et al.*, | Case No. 3:23-cv-04493-AGT |
| Petitioners, | [~~PROPOSED~~] ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE, ADR DEADLINES, AND RELATED DATES |
| v. | |
| Qian Wang, | |
| Respondent. | |

The Court having considered the parties' Joint Stipulation for Order Vacating Initial Case Management Conference, ADR Deadlines, and Related Dates, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.      The Initial Case Management Conference ("CMC") currently scheduled for December 1, 2023, at 2:00 p.m., is hereby vacated.

2.      All dates and deadlines relating to the CMC, including those set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines, are also hereby vacated.

[~~PROPOSED~~] ORDER

122968327.1

1      3.    The separate motion hearing on calendar for December 8, 2023 (relating to Petitioners' Petition to Confirm Foreign Arbitral Award and for Entry of Judgment and Respondent's Motion to Vacate Arbitral Award and Opposition to Petitioners' Petition to Confirm Foreign Arbitral Award and for Entry of Judgment), remains on calendar, and the related motion briefing-schedule is unaffected by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 14, 2023

_____
ALEX G. TSE
United States Magistrate Judge