MC-012

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 214715 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Jack V. Valinoti | | |
| FIRM NAME: Lewis Roca Rothgerber Christie LLP | | |
| STREET ADDRESS: 100 Pine Street, Suite 1750 | | |
| CITY: San Francisco   STATE: CA   ZIP CODE: 94111-5135 | | |
| TELEPHONE NO.: (650) 391-1380   FAX NO.: (650) 391-1395 | | |
| EMAIL ADDRESS: jvalinoti@lewisroca.com | | |
| ATTORNEY FOR (name): Black Soil Asset Management Limited and Qiang Chang Sun | | |

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco 94102-3489
BRANCH NAME: San Francisco

PLAINTIFF: Black Soil Asset Management Limited and Qiang Chang Sun
DEFENDANT: Qian Wang

| MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST | CASE NUMBER: 3:23-cv-04493-AGT |
|---|---|

1. [x] **Postjudgment costs**
   a. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category):*

   |     |                                                                                                                                                         | Dates Incurred | Amount     |
   |-----|---------------------------------------------------------------------------------------------------------------------------------------------------------|----------------|------------|
   | (1) | Preparing and issuing abstract of judgment                                                                                                              |                | $          |
   | (2) | Recording and indexing abstract of judgment                                                                                                             | May 21, 2024   | $ 98.00    |
   | (3) | Filing notice of judgment lien on personal property                                                                                                     | May 10, 2024   | $ 5.00     |
   | (4) | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county):*                                                    |                | $          |
   | (5) | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment                                                        |                | $          |
   | (6) | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq.               |                | $          |
   | (7) | Attorney fees, if allowed by Code Civ. Proc., § 685.040                                                                                                 |                | $          |
   | (8) | Other: _____ (Statute authorizing cost): _____                                                                                              |                | $          |
   | (9) | Total of claimed costs for current memorandum of costs *(add (1)–(8))*                                                                                  |                | $ 103.00   |

   b. All previously allowed postjudgment costs $
   c. **Total** of all postjudgment costs *(add a and b)* $ 103.00

2. [ ] **Credits to interest and principal**
   a. I acknowledge total payments to date in the amount of: $_____ (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $_____; credit to judgment principal $_____.
   b. **Principal remaining due.** The amount of judgment principal remaining due is $_____. *(See Code Civ. Proc., § 680.300)*

3. [x] **Accrued interest remaining due.** I declare interest accruing at the legal rate of 5.04 % on the unpaid principal amount of $44,295,451.36 and _____ % on the unpaid principal amount of $_____ *(see Information Sheet for Calculating Interest and Amount Owed on a Judgment* (form MC-013-INFO)) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal), remaining due in the amount of $ 3,528,933.10.

4. I am the: [ ] judgment creditor   [ ] agent for the judgment creditor   [x] attorney for the judgment creditor.
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 11, 2024

Jack V. Valinoti                                         ▶ *(signature)*
(TYPE OR PRINT NAME)                                     (SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2024]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov

MC-025

| SHORT TITLE: Black Soil Asset Management Limited v. Wang | CASE NUMBER: 3:23-cv-04493-AGT |
|---|---|

**ATTACHMENT** *(Number):* ___1___

*(This Attachment may be used with any Judicial Council form.)*

Attachment to Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest

Section 3, Accrued Interest Remaining Due:

A. Amounts Awarded in Judgment

The April 9, 2024 Judgment (ECF Document No. 32) awards Petitioners Black Soil Asset Management Limited and Qiang Chang Sun the principal amount of $44,295,451.36, plus post-award interest, from July 1, 2023, at the rate of $10,327.12 per diem, and further provides that all sums awarded in the Judgment shall bear interest from the date of entry of the Judgment pursuant to 28 U.S.C. section 1961.

B. Post-Award Interest:

The number of days between July 1, 2023 and April 9, 2024 is 283.

The total amount of post-award interest is $2,922,574.96 ($10,327.12 per diem interest amount multiplied by 283 days post-Award and pre-Judgment = $2,922,574.96).

C. Post-Judgment Interest:

The total amount for calculating post-Judgment interest includes the principal amount of $44,295,451.36, plus the amount of $2,922,574.96 of Post-Award interest calculated in B above, plus $103.00 of costs.

The total amount upon which post-Judgment interest is calculated is $47,218,129.32 ($44,295,451.36 + $2,922,574.96 + 103.00 = $47,218,129.32).

The federal judgment interest rate for the week preceding entry of the Judgment is 5.04%.

The amount of annual interest on the Judgment (including Post-Award interest and costs) is $2,379,793.72 ($47,218,129.32 x 5.04% = $2,379,793.72).

The amount of per diem interest on the Judgment (including Post-Award interest and costs) is $6,519.98 ($2,379,793.72 divided by 365 days).

The number of days between April 9, 2024 and July 11, 2024 is 93.

The total amount of post-Judgment interest is $606,358.14 ($6,519.98 x 93 days).

\* \* \*

The total amount of all accrued interest remaining due on the unpaid principal amount of $44,295,451.36 as of July 11, 2024 is $3,528,933.10 ($2,922,574.96 + $606,358.14 = $3,528,933.10).

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __1__ of __1__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-012

| Short Title: Black Soil Asset Management Limited, et al. v. Wang | CASE NUMBER: 3:23-cv-04493-AGT |
|---|---|

## PROOF OF SERVICE

[x] Mail  [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is:
   100 Pine Steeet, Suite 1750
   San Francisco, CA 94111-5135

3. [x] I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows (complete either a or b):

   a. [x] **Mail.** I am a resident of or employed in the county where the mail occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [ ] **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [x] **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

      (2) The envelope was addressed and mailed as follows:

         (a) Name of person served: Anthony P. Schoenberg, Esq.
         (b) Address on envelope: One Bush Street, Suite 900, San Francisco, CA 94104
         (c) Date of mailing: July 11, 2024
         (d) Place of mailing *(city and state)*: San Francisco, CA

   b. [ ] **Personal delivery.** I personally delivered a copy as follows.
      (1) Name of person served:
      (2) Address where delivered:
      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 11, 2024

Jack V. Valinoti
(TYPE OR PRINT NAME)

*(signed)* Jack V. Valinoti
(SIGNATURE OF DECLARANT)

MC-012 [Rev. January 1, 2024]   **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**   Page 2 of 2