UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK SOIL ASSET MANAGEMENT LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QIAN WANG, <br><br> Defendant. | Case No. 23-cv-04493-AGT <br><br> **ORDER ON MOTION FOR REFERRAL TO SETTLEMENT CONFERENCE** <br><br> Re: Dkt. No. 46 |

Before his upcoming judgment debtor's exam, Qian Wang wants the parties to participate in a mandatory settlement conference. The Court agrees with plaintiffs—a mandatory settlement conference before the debtor's exam won't be productive. Plaintiffs "lack crucial information about Wang's assets and collectability," and they reasonably want Wang to testify under oath about his assets. Pls.' Opp'n, Dkt. 47 at 8.

The debtor's exam will go forward as scheduled and until completed. In a separate order, the Court will refer the case to a randomly assigned magistrate judge for a settlement conference; but the settlement conference shall take place only after the debtor's exam ends.

**IT IS SO ORDERED.**

Dated: December 9, 2024

_____
Alex G. Tse
United States Magistrate Judge