1

2

3

4

5

6

7

8

9    UNITED STATES DISTRICT COURT

10    NORTHERN DISTRICT OF CALIFORNIA

11    SAN FRANCISCO DIVISION

12   Black Soil Asset Management Limited, *et al.*,     Case No. 3:23-cv-04493-AGT

13                    Petitioners,     **[PROPOSED] ORDER GRANTING PETITIONERS BLACK SOIL ASSET MANAGEMENT LIMITED'S AND QIANG CHANG SUN'S MOTION FOR ENTRY OF A CHARGING ORDER**

14           v.

15   Qian Wang,

16                    Respondent.

17

18

19         The Court, having considered the motion of Petitioners Black Soil Asset Management

20   Limited and Qiang Chang Sun (together, "Petitioners") pursuant to Federal Rule of Civil

21   Procedure 69, California Code of Civil Procedure section 708.310, and California Corporations

22   Code section 17705.03 for entry of a charging order over the transferable interest of Respondent

23   Qian Wang ("Judgment Debtor") in (A) Collab (USA) Capital LLC, a Delaware limited liability

24   company (Delaware Entity No. 6618405; California Entity No. 202251510531);

25   (B) CollabHome CA LLC, a California limited liability company (California Entity

26   No. 202251210174); and (C) Collab CA LLC, a California limited liability company (California

27   Entity No. 201930910333) ("Motion for Charging Order"), and for good cause shown, hereby

28   orders that Petitioners' Motion for Charging Order is GRANTED, as follows:

A order issues charging payment of the sum of $49,930,441.00, plus accrued interest at the rate of $6,519.98 per day from May 30, 2025 through the date of this order and accrued interest at that same rate from the date of this order through the date the Judgment is fully satisfied against the transferable interests of Respondent and Judgment Debtor Qian Wang, his wife, Qin Wang, and/or the SDZ-2-2022 Trust in the following limited liability companies:

(A)    Collab (USA) Capital LLC, a Delaware limited liability company (Delaware Entity No. 6618405; California Entity No. 202251510531), 3641 Mt. Diablo Blvd., #836, Lafayette, CA 94549

(B)    CollabHome CA LLC, a California limited liability company (California Entity No. 202251210174), 29 Orinda Way, #2060, Orinda, CA 94563; and

(C)    Collab CA LLC, a California limited liability company (California Entity No. 201930910333), 29 Orinda Way, #536, Orinda, CA 94563.

**IT IS SO ORDERED.**

Dated: _____          _____
                                HON. ALEX G. TSE
                                UNITED STATES MAGISTRATE JUDGE