WOMBLE BOND DICKINSON (US) LLP
John C. Gray (CA Bar No. 267686)
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Telephone:    602-262-5331
Email: John.Gray@wbd-us.com

Robert M. Charles, Jr. (AZ Bar No. 007359) (*pro hac vice*)
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Telephone:    520-629-4427
Email: Robert.Charles@wbd-us.com

Jack V. Valinoti (CA Bar No. 214715)
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone:    650-687-8450
Email: Jack.Valinoti@wbd-us.com

*Attorneys for Petitioners*
*Black Soil Asset Management Limited and Qiang Chang Sun*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Black Soil Asset Management Limited, *et al.*, | Case No. 3:23-cv-04493-AGT |
| Petitioners, | **CERTIFICATE OF SERVICE** |
| v. | |
| Qian Wang, | |
| Respondent. | |

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I am over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 50 California Street, Suite 2750, San Francisco, CA 94111.

On May 30, 2025, I served true copies of the following document(s) (described below) on the interested parties in this action (described below) as follows:

**DOCUMENTS SERVED**

1.    **PETITIONERS BLACK SOIL ASSET MANAGEMENT LIMITED'S AND QIANG CHANG SUN'S NOTICE OF MOTION AND MOTION FOR ENTRY OF A CHARGING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2.    **DECLARATION OF JACK V. VALINOTI IN SUPPPORT OF PETITIONERS BLACK SOIL ASSET MANAGEMENT LIMITED'S AND QIANG CHANG SUN'S MOTION FOR ENTRY OF A CHARGING ORDER (<u>WITH PUBLICLY AVAILABLE EXHIBITS ONLY</u>); AND**

3.    **[PROPOSED] ORDER GRANTING PETITIONERS BLACK SOIL ASSET MANAGEMENT LIMITED'S AND QIANG CHANG SUN'S MOTION FOR ENTRY OF A CHARGING ORDER;**

I enclosed the document(s) described above in a sealed envelope or package addressed to the persons named below at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Womble Bond Dickinson (US) LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

**PERSONS SERVED**

1.    Qian Wang
      10 Winding Lane
      Orinda, CA 94563
      Judgment Debtor

2.    Qin Wang
      10 Winding Lane
      Orinda, CA 94563

1

2

3

  3.  Qian Wang
     3641 Mt. Diablo Blvd, #836
     Lafayette, CA 94549
     Registered Agent for Service of Process of Collab (USA) Capital LLC

4

5

6

  4.  The SDZ-2-2022 Trust
     29 Orinda Way, #2060
     Orinda, CA 94563
     Manager or Member of CollabHome CA LLC

7

8

9

  5.  Qin Wang
     29 Orinda Way, #2060
     Orinda, CA 94563
     Registered Agent for Service of Process of CollabHome CA LLC

10

11

  6.  Simei Yao
     29 Orinda Way, #536
     Orinda, CA 94563
     Member of Collab CA LLC

12

13

14

  7.  Qin Wang
     29 Orinda Way, #2060
     Orinda, CA 94563
     Member of Collab CA LLC

15

16

17

  8.  Jin Kuang
     29 Orinda Way, #536
     Orinda, CA 94563
     Registered Agent for Service of Process of Collab CA LLC

18

19

20

  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

21

22

Executed in San Francisco, California  By: _Norma Yalung_____

on May 30, 2025        Norma Yalung

23

24

25

26

27

28

CERTIFICATE OF SERVICE
3:23-CV-04493-AGT