UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK SOIL ASSET MANAGEMENT LIMITED, et al., | Case No. 23-cv-04493-AGT |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| | Re: Dkt. No. 172 |
| QIAN WANG, | |
| Defendant. | |

The Judgment Creditors' proposed ESI order substantially augments the Court's Model ESI order. Their proposed order includes an eleven-page addendum, which includes many additional ESI protocols. *See* Dkt. 171-1 at 5–15. Some or all of these additions may ultimately be warranted, but not on the current record. The Court denies without prejudice the Judgment Creditors' request for entry of their proposed ESI order.

For the avoidance of doubt, the Court notes that the parties must comply with Rule 34(b)(2)(E), which governs ESI productions. "A party must produce documents as they are kept in the usual course of business or must organize and label them to correspond to the categories in the request." Fed. R. Civ. P. 34(b)(2)(E)(i). "If a request does not specify a

form for producing electronically stored information, a party must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms." Fed. R. Civ. P. 34(b)(2)(E)(ii).

**IT IS SO ORDERED.**

Dated: March 20, 2026

_____
Alex G. Tse
United States Magistrate Judge