UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK SOIL ASSET MANAGEMENT LIMITED, et al., | Case No.  23-cv-04493-AGT |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| QIAN WANG, | Re: Dkt. No. 185 |
| Defendant. | |

The Court overrules the relevance and privacy objections made by the Judgment Debtor and his wife at their April 23 and April 24 depositions.

"Instructing a witness not to answer questions during a deposition . . . on the grounds of relevance . . . is improper," *Timeless Prod. FZ LLC v. Baker*, 350 F.R.D. 638, 639 (N.D. Cal. 2026), and the deponents' privacy concerns are adequately addressed by the July 23, 2024, protective order, which allows the deponents to designate sensitive testimony as confidential. Dkt. 42 ¶ 5.2(b).

The deponents haven't demonstrated that the Judgment Creditors asked questions "in bad faith or in a manner that unreasonably annoys, embarrasses, or oppresses the deponent or party." Fed. R. Civ. P. 30(d)(3)(A). Even questions asked about the Debtor's wife's family

were "relevant to tracing intrafamily transfers used to disguise assets." Dkt. 185 at 4.

The parties have agreed to continue the depositions on May 28, 2026. Dkt. 187. When the witnesses are recalled, they may not refuse to answer questions on relevance grounds, and counsel can instruct the witnesses not to answer only "when necessary to preserve a privilege, to enforce a limitation ordered by the court, or to present a motion under Rule 30(d)(3)." Fed. R. Civ. P. 30(c)(2).

**IT IS SO ORDERED.**

Dated: May 15, 2026

Alex G. Tse
United States Magistrate Judge