UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK SOIL ASSET MANAGEMENT LIMITED, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>QIAN WANG,<br><br>　　　　Defendant. | Case No.  23-cv-04493-AGT<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 184 |

1. The Judgment Creditors have moved to compel the Judgment Debtor's wife, Qin Wang, to produce all of her China Merchants Bank (CMB) account statements. On May 1, 2026, Wang said she had "produced all CMB account statements in her possession and custody" and was "in the process of acquiring all other account statements from CMB so that she [could] also produce them." Dkt. 184 at 6. To the extent that Wang hasn't completed this process, she must do so by May 20, 2026. By then, she must produce all CMB account statements in her possession, custody, or control, which includes all CMB account statements she has "the legal right to obtain . . . upon demand." *In re Citric Acid Litig.*, 191 F.3d 1090, 1107 (9th Cir. 1999) (quoting another source).

2. The Judgment Creditors subpoenaed East West Bank for account statements linked to the Judgment Debtor and his wife, including account statements for a YRQ Irrevocable

Trust account linked to the Judgment Debtor's email address. *See* Dkt. 184 at 2–3; Dkt. 184-3. East West Bank has agreed to produce the subpoenaed statements, but only after the Court overrules the Debtor and his wife's objections to the subpoena. Dkt. 184 at 5.

In the parties' joint statement, the Debtor and his wife haven't pursued any objections they initially raised to the subpoena. Instead, they note only that YRQ is a third-party and may have its own view on the propriety of the subpoena. *Id.* at 7. YRQ's counsel, however, signed the joint statement (*see id.* at 2 n.1, 8) and raised no objections. The Court concludes, then, that all objections to the subpoena are waived. East West Bank shall produce the subpoenaed account statements at its earliest convenience.

**IT IS SO ORDERED.**

Dated: May 18, 2026

_____
Alex G. Tse
United States Magistrate Judge

2