UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK SOIL ASSET MANAGEMENT LIMITED, et al.,<br>Petitioners,<br>v.<br>QIAN WANG,<br>Respondent. | Case No. 23-cv-04493-AGT<br><br>**ORDER ON MOTION IN LIMINE**<br><br>Re: Dkt. No. 199 |

The Court denies Petitioners' motion in limine, without prejudice to Petitioners renewing any arguments made in their motion in limine during the evidentiary hearing.

**IT IS SO ORDERED.**

Dated: July 14, 2026

Alex G. Tse
United States Magistrate Judge