UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLACK SOIL ASSET MANAGEMENT LIMITED, et al.,

Petitioners/Creditors,

v.

QIAN WANG,

Respondent/Debtor.

Case No. 23-cv-04493-AGT

**ORDER ON MOTION TO SEAL**

Re: Dkt. No. 202

The Court grants Creditors' request to seal Exhibit 18 to the declaration they submitted with their pre-evidentiary hearing opening brief. Dkt. 202-20. "Exhibit 18 includes Chinese text, and Creditors therefore could not be assured that all redactions required under Federal Rule of Civil Procedure 5.2(a) could be applied correctly prior to filing." Dkt. 209 at 2.[1] After the filing, Creditors' and Debtor's counsel conferred and agreed on a public version of Exhibit 18, "which includes additional redactions consistent with Federal Rule of Civil Procedure 5.2(a)." *Id.* at 2. That version of Exhibit 18 is available at Dkt. 209-1. With

[1] As relevant here, Rule 5.2(a) requires financial-account numbers to be redacted except for "the last four digits of the financial-account number." Fed. R. Civ. P. 5.2(a)(4).

a publicly available version of Exhibit 18 in the record, the Court will allow the originally filed version of Exhibit 18 to remain under seal.

Except for Exhibit 18, YSMA LLC and Debtor haven't offered compelling reasons for sealing any other exhibits to the declaration in question. By August 5, 2026, Creditors shall publicly file the remaining exhibits and an unredacted version of their pre-evidentiary hearing opening brief, with any redactions that may be required under Rule 5.2(a).

**IT IS SO ORDERED.**

Dated: July 29, 2026



Alex G. Tse
United States Magistrate Judge