UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLACK SOIL ASSET MANAGEMENT LIMITED, et al.,

Plaintiffs,

v.

QIAN WANG,

Defendant.

Case No. 23-cv-04493-AGT

**ORDER RE: POST–EVIDENTIARY HEARING ORAL ARGUMENT**

The Court is in the process of reviewing the parties' post–evidentiary hearing briefing. Rather than hold closing arguments on November 6, 2026, as scheduled, the Court will reserve a hearing for specific questions it may have, if any, after its review is complete. The November 6 hearing is hereby vacated.

**IT IS SO ORDERED.**

Dated: October 22, 2026

Alex G. Tse
United States Magistrate Judge